IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BARBARA CONTRERAS AND LOUIS CONTRERAS | § § § | |
| *Plaintiffs,* | § § § | |
| v. | § | CASE NO. 1:20-CV-240 |
| | § § | |
| GREAT LAKES INSURANCE SE | § § | |
| *Defendant.* | § | |

# FINAL JUDGMENT

On this date, the court considered the Joint Stipulation of Dismissal filed on September 13, 2021 by Plaintiffs, BARBARA CONTRERAS and LOUIS CONTRERAS, and Defendant, GREAT LAKES INSURANCE SE, and in accordance with that Joint Stipulation of Dismissal, the Court ORDERS, ADJUDGES, and DECREES that the claims of Plaintiffs, BARBARA CONTRERAS and LOUIS CONTRERAS, against Defendant, GREAT LAKES INSURANCE SE, be, and are hereby, dismissed with prejudice. The Court further ORDERS, ADJUDGES, and DECREES that each party will bear the court costs incurred by that party.

SIGNED this ___ day of September, 2021.

_____
**UNITED STATES DISTRICT JUDGE**