IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| BARBARA CONTRERAS, LOUIS CONTRERAS, § § § *Plaintiffs*, § § v. § § GREAT LAKES INSURANCE SE, § § *Defendant*. § | CASE NO. 1:20-CV-00240 JUDGE MICHAEL TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 19]. The parties seek a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). To the extent that the parties' dismissal is not yet in effect, the above-styled action is hereby dismissed with prejudice.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE, and the parties shall bear their attorneys' fees and costs.

It is further ORDERED that all Court dates and pending deadlines are hereby vacated, and all pending motions in this matter are DENIED as moot.

**SIGNED this 15th day of September, 2021.**

Michael J. Truncale
United States District Judge